# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS ALLIED BENEFIT FUNDS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> RUSSELL FRADIN, WILLIAM J. CONATY, CHERYL A. FRANCIS, JUDSON C. GREEN, MICHAEL E. GREENLEES, ALEX J. MANDL, CARY D. MCMILLAN, STACEY J. MOBLEY, THOMAS J. NEFF, STEVEN P. STANBROOK, HEWITT ASSOCIATES, INC., AON CORPORATION, and ALPS MERGER LLC, <br><br> Defendants. | Case No. 1:10-cv-04971 |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Teamsters Allied Benefit Funds hereby moves for an injunction preliminarily enjoining Defendants and all persons acting in concert with them from proceeding with, consummating or otherwise giving effect to the proposed transaction announced on July 12, 2010, pursuant to which Alps Merger LLC, a wholly-owned subsidiary of Aon Corporation, will acquire the publicly-held shares of Hewitt Associates, Inc. for a mix of $25.61 in cash and 0.6362 shares of Aon stock. Hewitt Associates has set the shareholder vote on the merger for September 20, 2010.

The grounds for this Motion shall be set forth in Plaintiff's brief and other submissions to be filed on a schedule to be fixed by the Court.

Date:  August 17, 2010                              Respectfully Submitted,

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
Donald L. Sawyer
**FREED KANNER LONDON & MILLEN**
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Tel: (224) 632-4500
Fax: (224) 632-4521

**SAXENA WHITE P.A.**
Christopher S. Jones (SB#6239465)
Joseph E. White, III
Lester R. Hooker
2424 North Federal Highway, Ste 257
Boca Raton, FL  33431
Tel: (561) 394-3399
Fax: (561) 394-3382

*Attorneys for Plaintiff Teamsters Allied Benefit Funds*