**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TEAMSTERS ALLIED BENEFIT FUNDS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>RUSSELL FRADIN, WILLIAM J. CONATY, CHERYL A. FRANCIS, JUDSON C. GREEN, MICHAEL E. GREENLEES, ALEX J. MANDL, CARY D. MCMILLAN, STACEY J. MOBLEY, THOMAS J. NEFF, STEVEN P. STANBROOK, HEWITT ASSOCIATES, INC., AON CORPORATION, and ALPS MERGER LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:10-cv-04971<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

  Please take note that Teamsters Allied Benefit Funds Motion for Preliminary Injunction is set for presentment on Tuesday, August 24, 2010 at 8:45 a.m. before the Honorable Rebecca R. Pallmeyer or any judge who may be sitting in her place in Courtroom 2119 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois 60604.

Date:  August 17, 2010                            Respectfully Submitted,

/s/ Michael J. Freed
Michael J. Freed
Steven A. Kanner
Donald L. Sawyer
**FREED KANNER LONDON & MILLEN**
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Tel: (224) 632-4500
Fax: (224) 632-4521


**SAXENA WHITE P.A.**
Christopher S. Jones (SB#6239465)
Joseph E. White, III
Lester R. Hooker
2424 North Federal Highway, Ste 257
Boca Raton, FL  33431
Tel: (561) 394-3399
Fax: (561) 394-3382

*Attorneys for Plaintiff Teamsters Allied Benefit Funds*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the August 17, 2010, I electronically filed the foregoing Notice and Motion for Preliminary Injunction with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all registered users, and via e-mail to all counsel listed below.

      /s/ Donald L. Sawyer
      Donald L. Sawyer

Maeve O'Connor
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
moconnor@debevoise.com

Mary Ellen Hennessy
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
maryellen.hennessy@kattenlaw.com