**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TEAMSTERS ALLIED BENEFIT FUNDS, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>RUSSELL FRADIN, WILLIAM J. CONATY, CHERYL A. FRANCIS, JUDSON C. GREEN, MICHAEL E. GREENLEES, ALEX J. MANDL, CARY D. MCMILLAN, STACEY J. MOBLEY, THOMAS J. NEFF, STEVEN P. STANBROOK, HEWITT ASSOCIATES, INC., AON CORPORATION, and ALPS MERGER LLC,<br><br>  Defendants. | Case No. 1:10-cv-04971 |

## **THE HEWITT DEFENDANTS' MOTION TO ABSTAIN**

For the reasons set forth more fully in the attached memorandum of law, Defendants Russell Fradin, William J. Conaty, Cheryl A. Francis, Judson C. Green, Michael E. Greenlees, Alex J. Mandl, Cary D. McMillan, Stacey J. Mobley, Thomas J. Neff, Steven P. Stanbrook and Hewitt Associates, Inc., through their undersigned counsel, hereby move this Court for an order dismissing, or in the alternative staying, this action pursuant to the doctrine of *Colorado River*.

Dated: August 19, 2010

                                        Respectfully submitted,

                                        By: *s/Matt D. Basil*_____

JENNER & BLOCK LLP
Craig C. Martin (#6201581)
Matt D. Basil (#6242487)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

DEBEVOISE & PLIMPTON LLP
John S. Kiernan, Esq. (*pro hac vice admission pending*)
Maeve O'Connor, Esq. (*pro hac vice admission pending*)
Lisa Howley, Esq. (*pro hac vice admission pending*)
Sarah S. Burg, Esq. (*pro hac vice admission pending*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for the Hewitt Defendants*

**CERTIFICATE OF SERVICE**

I, Matt D. Basil, an attorney, hereby certify that on August 19, 2010, I electronically filed the Hewitt Defendants' Notice of Motion To Abstain, Motion To Abstain, and Memorandum in Support of the Motion To Abstain with the Clerk of the Court, using the CM/ECF system, which sent electronic notification of such filings to the following:

>Donald Lewis Sawyer
>Steven A. Kanner
>Michael Jerry Freed
>Freed Kanner London & Millen LLC
>2201 Waukegan Road, Suite 130
>Bannockburn, IL 60015

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2010.

_s/Matt D. Basil_____
