**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TEAMSTERS ALLIED BENEFIT FUNDS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL FRADIN, WILLIAM J. CONATY, CHERYL A. FRANCIS, JUDSON C. GREEN, MICHAEL E. GREENLEES, ALEX J. MANDL, CARY D. MCMILLAN, STACEY J. MOBLEY, THOMAS J. NEFF, STEVEN P. STANBROOK, HEWITT ASSOCIATES, INC., AON CORPORATION, and ALPS MERGER LLC,<br><br>        Defendants. | Case No. 1:10-cv-04971 |

## NOTICE OF MOTION TO ABSTAIN

PLEASE TAKE NOTICE THAT, on Tuesday, August 24, 2010 at 8:45 a.m., or as soon thereafter as counsel may be heard, counsel for the Hewitt Defendants will appear before the Honorable Rebecca R. Pallmeyer, or such other judge as is sitting in her stead, in the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached Motion To Abstain.

Dated: August 19, 2010

        Respectfully submitted,

        By: *s/Matt D. Basil*

        JENNER & BLOCK LLP
        Craig C. Martin (#6201581)
        Matt D. Basil (#6242487)
        353 N. Clark Street
        Chicago, Illinois 60654
        Telephone: (312) 222-9350
        Facsimile: (312) 527-0484

        DEBEVOISE & PLIMPTON LLP
        John S. Kiernan, Esq. (*pro hac vice admission pending*)
        Maeve O'Connor, Esq. (*pro hac vice admission pending*)
        Lisa Howley, Esq. (*pro hac vice admission pending*)
        Sarah S. Burg, Esq. (*pro hac vice admission pending*)
        919 Third Avenue
        New York, New York 10022
        Telephone: (212) 909-6000
        Facsimile: (212) 909-6836

        *Attorneys for the Hewitt Defendants*