IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TEAMSTERS ALLIED BENEFIT FUNDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | 1:10-CV-04971 |
| RUSSELL FRADIN, WILLIAM J. CONATY, | ) | |
| CHERYL A. FRANCIS, JUDSON C. GREEN, | ) | The Honorable |
| MICHAEL E. GREENLESS, ALEX J. MANDL, | ) | Rebecca R. Pallmeyer |
| CARY D. MCMILLAN, STACEY J. MOBLEY, | ) | |
| THOMAS J. NEFF, STEVEN P. STANBROOK, | ) | |
| HEWITT ASSOCIATES, INC., AON | ) | |
| CORPORATION, AND ALPS MERGER LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**THE AON DEFENDANTS' MOTION
TO ABSTAIN BY DISMISSING OR STAYING THE ACTION**

Defendants, Aon Corporation and Alps Merger LLC ("Aon"), respectfully move this Court for an order dismissing or, in the alternative, staying these proceedings pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), and its progeny. In support of its Motion, Aon states:

1. It is well established that federal courts are empowered to abstain from exercising jurisdiction by dismissing or, in the alternative, staying an action where there are concurrent state proceedings and a dismissal or stay would promote "'[w]ise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation.'" *Colo. River*, 424 U.S. at 18 (quoting *Kerotest Mfg. Co. v. C-O-Two Five Equipment Co.*, 342 U.S. 180 (1942)).

2. In this instance, two, previously filed, parallel proceedings are pending in the Circuit Court of Cook County, Illinois. *See IBEW Local 164 Pension Fund v. Hewitt Assocs., Inc.*, 10 CH 31612 (Ill. Cir. Ct. 2010) (filed July 23, 2010) ("*IBEW*"); *Calamore v. Hewitt*

*Assocs., Inc.*, 10 CH 31613 (Ill. Cir. Ct. 2010) (filed July 23, 2010) ("*Calamore*"). By Order dated August 19, 2010, the Chancery Court ordered the consolidation of these two proceedings.

3. In addition, parallel proceedings were previously filed in the Circuit Court of Lake County, Illinois and in the Delaware Chancery Court. *See Palma v. Hewitt Assocs., Inc.*, 10 CH 3856 (Ill. Cir. Ct. 2010) (filed July 13, 2010) ("*Palma*"); *Kaberon v. Hewitt Assocs., Inc.*, C.A. 5673 (Del. Ch. Ct. 2010) (filed July 28, 2010) ("*Kaberon*").[1] Aon has been informed by counsel for the *Palma* and *Kaberon* plaintiffs that proceedings in those cases will presently be stayed and/or consolidated with *IBEW* and *Calamore*. As a consequence, all the respective parallel state court cases will be proceeding in Cook County Chancery Court on a coordinated basis.

4. As argued in the Hewitt Defendants' Motion to Abstain and Memorandum of Law in Support of Their Motion to Abstain, which the Aon Defendants adopt and incorporate herein, all the relevant factors determining the appropriateness of a dismissal or stay of proceedings set forth in *Colorado River*, weigh in favor of this Court dismissing or, alternatively, staying these proceedings. *See Caminiti & Iatarola v. Behnke Warehousing*, 962 F.2d 698, 700 (7th Cir. 1992) (quoting *Colo. River*, 424 U.S. at 818).

Accordingly, the Aon Defendants respectfully request that their Motion be granted.

---

[1] Copies of the complaints filed in the Illinois and Delaware actions are attached as Exhibits A through D to the Hewitt Defendants' Memorandum of Law in Support of their Motion to Abstain [Dkt. No. 19], filed in this Court on August 19, 2010.

Dated: August 19, 2010

Respectfully Submitted,

AON CORPORATION
and ALPS MERGER LLC

s/ Mary Ellen Hennessy
One of Their Attorneys

David H. Kistenbroker
Mary Ellen Hennessy
Heather Kuhn O'Toole
Aaron M. Chandler
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
312-902-5200
312-902-1061

*Counsel for Aon Corporation
and Alps Merger LLC*