IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TEAMSTERS ALLIED BENEFIT FUNDS,  )
                                 )
                    Plaintiff,   )
                                 )
        vs.                      )
                                 )        1:10-CV-04971
RUSSELL FRADIN, WILLIAM J. CONATY, )
CHERYL A. FRANCIS, JUDSON C. GREEN, )      The Honorable
MICHAEL E. GREENLESS, ALEX J. MANDL, )        Rebecca R. Pallmeyer
CARY D. MCMILLAN, STACEY J. MOBLEY, )
THOMAS J. NEFF, STEVEN P. STANBROOK, )
HEWITT ASSOCIATES, INC., AON       )
CORPORATION, AND ALPS MERGER LLC,  )
                                 )
                    Defendants.   )

## NOTICE OF AON DEFENDANTS' MOTION
## TO ABSTAIN BY DISMISSING OR STAYING THE ACTION

PLEASE TAKE NOTICE THAT, on Tuesday, August 24, 2010 at 8:45 a.m., or as soon

thereafter as counsel may be heard, counsel for Aon Corporation and Alps Merger LLC will

appear before the Honorable Rebecca R. Pallmeyer, or such other judge as is sitting in her stead,

in the United States District Court for the Northern District of Illinois, in the courtroom usually

occupied by her at 219 South Dearborn Street, Chicago, Illinois 60604 and present the Aon

Defendants' Motion to Abstain by Dismissing or Staying the Action.

Dated: August 19, 2010

                            Respectfully Submitted,

                            AON CORPORATION
                            and ALPS MERGER LLC


                            s/ Mary Ellen Hennessy
                            One of Their Attorneys

David H. Kistenbroker
Mary Ellen Hennessy
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661-3693
312-902-5200
312-902-1061

*Counsel for Aon Corporation*
*and Alps Merger LLC*

## CERTIFICATE OF SERVICE

I, Mary Ellen Hennessy, an attorney, certify that I electronically filed the foregoing Aon Defendants' Motion to Abstain By Dismissing Or Staying The Action with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Freed
Steven A. Kanner
Donald L. Sawyer
Freed Kanner London & Millen
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015

Craig C. Martin
Jenner & Block
353 N. Clark Street
Chicago, IL  60654

In addition, the same documents were served upon:

Christopher S. Jones
Joseph E. White, III
Lester R. Hooker
Saxena White P.A.
2424 North Federal Highway
Suite 257
Boca Raton, FL  33431

John S. Kiernan
Maeve O'Connor
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

by Federal Express overnight courier on this 19th day of August, 2010.

s/ Mary Ellen Hennessy
Bar No. 3124394
Attorney for Aon Corporation and
    Alps Merger LLC
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois  60661-3693
(312) 902-5200
(312) 902-1061
maryellen.hennessy@kattenlaw.com