**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    1:10-cv-04971

Teamsters Allied Benefit Funds, Individually and on behalf of all others similarly situated

vs.

Russel Fradin, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Aon Corporation, Alps Merger LLC

| | |
|---|---|
| NAME (Type or print)   Mary Ellen Hennessy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/Mary Ellen Hennessy | |
| FIRM   Katten Muchin Rosenman | |
| STREET ADDRESS   525 W. Monroe St. | |
| CITY/STATE/ZIP   Chicago, IL  60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   3124394 | TELEPHONE NUMBER   312-902-5331 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  No

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  No

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Yes

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Yes

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

  RETAINED COUNSEL                              APPOINTED COUNSEL