**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 1:10-cv-04971

Teamsters Allied Benefit Funds, Individually and on behalf of all others similarly situated

vs.

Russel Fradin, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Aon Corporation, Alps Merger LLC

| | |
|---|---|
| NAME (Type or print) David H. Kistenbroker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/David H. Kistenbroker | |
| FIRM  Katten Muchin Rosenman | |
| STREET ADDRESS  525 W. Monroe St. | |
| CITY/STATE/ZIP  Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  3127302 | TELEPHONE NUMBER  312-902-5452 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  No | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Yes | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Yes | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL            APPOINTED COUNSEL | |