Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4971 | **DATE** | 8/24/2010 |
| **CASE TITLE** | Teamsters Allied Benefit Funds vs. Russell Fradin, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motions for leave to appear *pro hac vice* [7, 14, 15, 16, 17] granted. Plaintiff's motions to expedite discovery [8] and for preliminary injunction [10] are withdrawn. Defendants' motion to stay [21] granted by agreement. Status hearing set for 10/12/2010 is stricken and reset to 10/21/2010 at 9:00 AM.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|