# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4971 | **DATE** | 10/12/2010 |
| **CASE TITLE** | Teamsters Allied Benefit Funds vs. Russell Fradin, et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion to abstain [18] was granted by agreement on 8/24/2010 and is terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|