**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Teamsters Allied Benefit Funds
                           Plaintiff,

v.                                              Case No.: 1:10–cv–04971
                                              Honorable Rebecca R. Pallmeyer

RUSSELL FRADIN, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 19, 2010:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing set for 10/21/2010 is stricken and reset to 12/20/2010 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.