Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4971 | **DATE** | 2/22/2011 |
| **CASE TITLE** | Teamsters Allied Benefit Funds vs. Russell Fradin, et al | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed voluntarily with prejudice. Status hearing set for 2/24/2011 is stricken.

Noticed mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|